UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JASON CHANCE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:16-CV-82 CAS |
| CHRISTY PASHA, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Plaintiff has failed to comply with the Court's Order dated April 8, 2016, in which the Court ordered plaintiff to submit either the filing fee or a motion for leave to proceed in forma pauperis. As a result, this action is dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice.

An Order of Dismissal will be filed separately.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 19th day of May, 2016.